```
In re:                                                              Case No. 19-01550-HWV
Valerie A Day                                                       Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: JGoodling          Page 1 of 3          Date Rcvd: May 29, 2019
                              Form ID: ntcnfhrg        Total Noticed: 110
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.

```
db           +Valerie A Day,    5417 Sterling Bridge Road,    Chambersburg, PA 17202-7358
5185231       AUSA Check Recovery,    PO Box 55841,    Boston, MA 02205-5841
5185221      +Acima Credit Fka Simpl,    9815 Monroe Street,    4th Floor,    Sandy, UT 84070-4384
5185222       Alltran Financial, LP,    PO Box 4045,    Concord, CA 94524-4045
5185225       American Coradius International,    2420 Sweet Home Road, Suite 150,    Amherst, NY 14228-2244
5185226      +American Express,   P.O. Box 1270,    Newark, NJ 07101-1270
5203725       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
5185227      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
5185230       Asset Recovery Solutions, LLC,    2200 E. Devon Ave, Suite 200,    Des Plaines, IL 60018-4501
5185232      +Automated Office Equipment,    10307 Partnership Court,    Suite 100,
               Williamsport, MD 21795-3169
5185233      +Bard Access Systems, Inc.,    605 N 5600 W,    Salt Lake City, UT 84116-3738
5185235      +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
               Camp Hill, PA 17001-8875
5185246      +CPS Security,   1801 S. 5th Street,Suite 213,    McAllen, TX 78503-2932
5185239      +Chambersburg Hospital,    760 E. Washington Street,    Chambersburg, PA 17201-2751
5185240      +Chambersburg Imaging Associates,    25 Penncraft Avenue, Suite E,    Chambersburg, PA 17201-1649
5197596      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
5185241      +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
5185242       Claims Accounting,    PO Box 30272,    Tampa, FL 33630-3272
5185243       Community Ambulance Service,    PO Box 951554,    Cleveland, OH 44193-0017
5185252      +DAL Inc./Arrow International Inc.,    PO Box 162,    Clifton Heights, PA 19018-0162
5185253       DirecTV,   PO Box 5007,    Carol Stream, IL 60197-5007
5185255       E-470 Public Highway Authority,    PO Box 5470,    Denver, CO 80217-5470
5185256       FirstCredit Incorporated,    PO Box 89458,    Cleveland, OH 44101-6458
5185257      +Firstsource Advantage, LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
5185259      +HSEMS,   Patient Financial Services,    205 Grandview Ave, Suite 211,    Camp Hill, PA 17011-1708
5185260      +I C System Inc,    Attn: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
5185262       Keystone Dental Care,    767 5th Avenue,    Suite B 3A,    Chambersburg, PA 17201-4207
5185263      +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5185265      +LES, LLC - 495/95 Express lanes,    386 S. Pickett St.,    PO Box 22147,
               Alexandria, VA 22304-0854
5185268      +MCClure Law Office,    PO Box 65,    Middletown, PA 17057-0065
5185275      +MRS Associates,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
5185276       MS Hershey Medical Center,    PO Box 643291,    Pittsburgh, PA 15264-3291
5185272       Mirand Response Systems,    PO Box 219050,    Houston, TX 77218-9050
5185273       Mount Carmel West,    PO Box 89458,    Cleveland, OH 44101-6458
5185274      +Mountain View Veterinary,    20 Park Place Suite 1,    Shippensburg, PA 17257-9806
5185277      +Nasco,   901 Janesville Ave,    Fort Atkinson, WI 53538-2497
5185280      +Orthopedic Institute of PA,    3399 Trindle Road,    Camp Hill, PA 17011-2286
5185288      +PHP Collections,    800 Pleasant Valley Blvd,    Altoona, PA 16602-4702
5185283      +Parks Garbage Service,    PO Box 7117,    Charleston, WV 25356-0117
5185284       Patriot Oil Co.,    PO Box 28335,    Newark, NJ 07101-3116
5185285      +Payliance,    2 Easton Oval, Suite 310,    Columbus, OH 43219-6193
5185286       PennCredit Corp.,    916 S. 14th St,    PO Box 988,    Harrisburg, PA 17108-0988
5185287      +Pennsylvania Turnpike Commission,    Violation Processing Center,    300 East Park Drive,
               Harrisburg, PA 17111-2729
5185290       Professional Account Management,    Po Box 785,    Milwaukee, WI 53201-0785
5185291       Progressive Financial Services,    PO Box 22083,    Tempe, AZ 85285-2083
5185293      +QVC, Inc.,    1200 Wilson Drive,    Attn: Bankruptcy Dept.,    West Chester, PA 19380-4262
5185292       Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45271-0775
5185297      +RMS,   PO Box 361598,    Columbus, OH 43236-1598
5185294       Radiology Incorporated,    PO Box 371863,    Pittsburgh, PA 15250-7863
5185295      +Receivable Control Corporation,    7373 Kirkwood Court, Suite 200,    Osseo, MN 55369-5264
5185298      +Royers,   PO Box 330,    Lebanon, PA 17042-0330
5201906      +Seth T. Mosebey,    Martson Law Office,    621 West Main Street,    PO Box 300,
               Thompsontown, PA 17094-0300
5185301       Stoneleigh Recovery Associates,    PO Box 1118,    Charlotte, NC 28201-1118
5185302      +Summit Physician Services,    785 Fifth Avenue,    Suite 3,    Chambersburg, PA 17201-4232
5185303       Sunrise Credit Sevices,    PO Box 9100,    Farmingdale, NY 11735-9100
5185305     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,     Attn: Bankruptcy Dept,   Po Box 8026,
               Cedar Rapids, IA 52409)
5185304      +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
5196869      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5185306      +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
5185309       United Healthcare,    PO Box 94017,    Palatine, IL 60094-4017
5185310       United States Postal Service,    Eagan Account Reconcilation Branch,    2825 Lone Oak Parkway,
               Saint Paul, MN 55121-9671
5185312      +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
5185313       Vygon USA,    PO Box 8500-7426,    Philadelphia, PA 19178-7426
5185316      +Washco Management Corp.,    72 West Washington Street,    Hagerstown, MD 21740-4804
```

```
5185315        +Washco Management Corp.,    Attn: Officer,    72 West Washington Street,
                 Hagerstown, MD 21740-4804
5201907         Washco Management Corporation,    c/o Seth T. Mosebey, Esquire,    Martson Law Office,
                 621 West Main Street,    Thompsontown, PA 17094
5185317         Waypoint Resource Group,    PO Box 1081,    San Antonio, TX 78294-1081
5185318         Wegmans,    Attn: Credit Dept,    PO Box 30844,    Rochester, NY 14603-0844
5185320        +Wolf's,    Chambersburg PA #51,    480 Gateway Ave,    Chambersburg, PA 17201-7351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 19:56:59
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5185224        +E-mail/Text: bkrpt@retrievalmasters.com May 29 2019 19:55:40
                 AMCA/American Medical Collection Agency,    Attention: Bankruptcy,
                 4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
5185228         E-mail/Text: legal@angiodynamics.com May 29 2019 19:55:17     Angiodynamics,    PO Box 1549,
                 Albany, NY 12201-1549
5185229         E-mail/Text: legal@arsnational.com May 29 2019 19:55:27     ARS National Services, Inc.,
                 PO Box 469046,    Escondido, CA 92046-9046
5185223         E-mail/Text: bnc@alltran.com May 29 2019 19:55:19     Alltran Financial, LP,    PO Box 722929,
                 Houston, TX 77272-2929
5185234         E-mail/Text: EBN_Greensburg@Receivemorermp.com May 29 2019 19:56:04
                 Berks Credit & Collection,    P.O. Box 329,    Temple, PA 19560-0329
5185247        +E-mail/Text: ebn@mycps.com May 29 2019 19:55:51     CPS Security,    PO Box 782408,
                 San Antonio, TX 78278-2408
5185236         E-mail/Text: cms-bk@cms-collect.com May 29 2019 19:55:27     Capital Management Services, LP,
                 698 1/2 South Ogden,    PO Box 964,    Buffalo, NY 14206-2317
5185237         E-mail/Text: ebn@carepayment.com May 29 2019 19:55:58     Carepayment,    PO Box 2398,
                 Omaha, NE 68103-2398
5185245        +E-mail/Text: tuscolsup@fisglobal.com May 29 2019 19:55:54
                 Complete Payment Recovery Services,    3500 5th Street,    Northport, AL 35476-4723
5185244         E-mail/Text: tuscolsup@fisglobal.com May 29 2019 19:55:54
                 Complete Payment Recovery Services,    PO Box 30184,    Tampa, FL 33630-3184
5185248        +E-mail/Text: Akydd@reducear.com May 29 2019 19:55:58     Credit Business Services, Inc.,
                 Attn: Bankruptcy,    Po Box 4127,    Fort Walton Beach, FL 32549-4127
5185249        +E-mail/Text: bankruptcy_notifications@ccsusa.com May 29 2019 19:55:58
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
5185250        +E-mail/Text: bdsupport@creditmanagementcompany.com May 29 2019 19:55:51
                 Credit Management Company,    Attn: Bankruptcy,    2121 Noblestown Road,
                 Pittsburgh, PA 15205-3956
5185251        +E-mail/PDF: creditonebknotifications@resurgent.com May 29 2019 19:57:00     Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
5185254         E-mail/Text: mrdiscen@discover.com May 29 2019 19:55:18     Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
5198393        +E-mail/Text: E470BANKRUPTCYCOURT@E470.COM May 29 2019 19:56:00
                 E-470 Public Highway Authority,    22470 E 6th Parkway Ste 100,    Aurora, CO 80018-2425
5185258        +E-mail/Text: Banko@frontlineas.com May 29 2019 19:56:02     Frontline Asset Strategies,
                 2700 Snelling Ave. N,    Suite 250,    Saint Paul, MN 55113-1783
5185261         E-mail/Text: cio.bncmail@irs.gov May 29 2019 19:55:25     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
5185264        +E-mail/Text: bankruptcy@philapark.org May 29 2019 19:55:57     LDC Collection Systems,
                 City of Philadelphia Parking Violat,    PO Box 41818,    Philadelphia, PA 19101-1818
5193393         E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2019 19:57:01     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5185267        +E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2019 19:57:28
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
5185266        +E-mail/Text: lgbs.denver@lgbs.com May 29 2019 19:56:01     Linebarger Goggan Blair & Sampson,
                 The Cleveland Office Building,    1515 Cleveland Place, Suite 300,    Denver, CO 80202-5113
5185269        +E-mail/Text: unger@members1st.org May 29 2019 19:55:58     Members 1st Fcu,
                 Attn: Bankruptcy Dept,    5000 Louise Dr,    Mechanicsburg, PA 17055-4899
5185270         E-mail/Text: bankruptcydpt@mcmcg.com May 29 2019 19:55:40     Midland Credit Management,
                 8875 Aero Dr,    Suite 200,    San Diego, CA 92123-2255
5185271        +E-mail/Text: bankruptcydpt@mcmcg.com May 29 2019 19:55:40     Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
5202454        +E-mail/Text: bankruptcydpt@mcmcg.com May 29 2019 19:55:40     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5200424        +E-mail/Text: ecfbankruptcy@progleasing.com May 29 2019 19:55:46     NPRTO North-East, LLC,
                 256 West Data Drive,    Draper, UT 84020-2315
5185278        +E-mail/Text: Bankruptcies@nragroup.com May 29 2019 19:56:02     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
5185279        +E-mail/Text: collections@nymeo.org May 29 2019 19:56:00     Nymeo Fcu,    5210 Chairmans Ct,
                 Frederick, MD 21703-2873
5188077        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 19:57:26
                 Orion Portfolio Services, LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk VA 23541-1021
5185281         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 29 2019 19:55:37     PA Department of Revenue,
                 P.O. Box 280946,    Harrisburg, PA 17128-0946
5187803        +E-mail/Text: bankruptcy@philapark.org May 29 2019 19:55:57     Philadelphia Parking Authority,
                 701 Market St Suite 5400,    Philadelphia, PA 19106-2895
```

```
District/off: 0314-1           User: JGoodling            Page 3 of 3              Date Rcvd: May 29, 2019
                               Form ID: ntcnfhrg          Total Noticed: 110
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5185289        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 20:08:34
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
5185296        +E-mail/Text: Supportservices@receivablesperformance.com May 29 2019 19:55:56
                 Receivables Performance Management,    20816 44th Avenue W,   Lynnwood, WA 98036-7744
5185300         E-mail/Text: philadelphia.bnc@ssa.gov May 29 2019 19:55:51      Social Security Administration,
                 PO Box 33021,    Baltimore, MD 21290-3021
5185750        +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 19:57:21      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5185307         E-mail/Text: CollectionsCompliance@firstdata.com May 29 2019 19:56:04
                 TRS Recovery Services Inc.,    PO Box 60022,   City of Industry, CA 91716-0022
5185311        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 29 2019 19:55:16
                 Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
5185314        +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 19:57:21      Walmart/Synchrony Bank,
                 P.O. Box 530927,    Atlanta, GA 30353-0927
5185319         E-mail/Text: bankruptcy@firstenergycorp.com May 29 2019 19:55:44      West Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
                                                                                              TOTAL: 41

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5185282        PA Unemployment Compensation
5185299        Shippen Cleaners,    47 S. Earl St.
5185308*      ++TRS RECOVERY SERVICES INC,    P O BOX 674169,    MARIETTA GA 30006-0070
              (address filed with court:  TRS Recovery Services, Inc.,    PO Box 60022,
               City of Industry, CA 91716-0022)
5185238    ##++++CENTRAL CREDIT SERVICES,    2070 LITTLE HILLS EXPY,    SAINT CHARLES MO  63301-3708
              (address filed with court:  Central Credit Services,    20 Corporate Hills Drive,
               Saint Charles, MO 63301)
                                                                                  TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Johanna Hill Rehkamp    on behalf of Debtor 1 Valerie A Day jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Valerie A Day,    Chapter    13

**Debtor 1**

Case No.    1:19–bk–01550–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 3, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 10, 2019<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JGoodling, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 29, 2019 |

ntcnfhrg (03/18)