IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1:19-bk-01550-HWV
:
VALERIE A. DAY : CHAPTER 13
    Debtor :

**Change of Address of Debtor**

Previous Address:

Valerie A. Day
5417 Sterling Bridge Road
Chambersburg, PA 17202

THE UPDATED ADDRESS IS:

Valerie A. Day
2210 Gleim Court
Enola, PA 17025

  /s/ Johanna H. Rehkamp, Esquire_____       \_\_7/22/2019
Signature of Debtor or Debtor's Attorney       Date