# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     VALERIE A DAY
                Debtor(s)
            CHARLES J. DEHART, III             CHAPTER 13
            CHAPTER 13 TRUSTEE
                Movant

vs.                                                               CASE NO: 1-19-01550-HWV
            VALERIE A DAY
                Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on September 12, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on April 12, 2019.

2. A hearing was held and an Order was entered on July 10, 2019 directing that an amended plan be filed within forty-five (45) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                     Respectfully submitted,

                                                     s/    James K. Jones, Esq.
                                                     Id:    39031
                                                     Attorney for Trustee
                                                     Charles J. DeHart, III
                                                     Standing Chapter 13 Trustee
                                                     Ste. A, 8125 Adams Drive
                                                     Hummelstown, PA    17036
                                                     Ph.   717-566-6097
                                                     Fax. 717-566-8313
                                                     eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: VALERIE A DAY

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-19-01550-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101

Date: October 23, 2019

Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: September 12, 2019

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   VALERIE A DAY

                        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE            CHAPTER 13
                        Movant

VALERIE A DAY

                                                   CASE NO: 1-19-01550-HWV

                     Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 12, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JOHANNA HILL REHKAMP<br>CUNNINGHAM, CHERNICOFF & WARSHAWSKY<br>P.O. BOX 60457<br>HARRISBURG, PA   17106- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| VALERIE A DAY<br>2210 GLEIM COURT<br>ENOLA, PA   17025- | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:   September 12, 2019                                       Respectfully,
                                                                Vickie Williams
                                                                for Charles J. DeHart, III, Trustee
                                                                Suite A, 8125 Adams Dr.
                                                                Hummelstown, PA   17036
                                                                Phone:   (717) 566-6097
                                                                eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: VALERIE A DAY

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III  
CHAPTER 13 TRUSTEE  
Movant  
VALERIE A DAY | CASE NO: 1-19-01550-HWV |
| Respondent(s) | |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.