IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1:19-bk-01550-HWV
:
VALERIE A. DAY : CHAPTER 13
    Debtor :

**Change of Address of Debtor**

Previous Address:

Valerie A. Day
2210 Gleim Court
Enola, PA 17025

THE UPDATED ADDRESS IS:

Valerie A. Day
292 Ridge Hill Road
Mechanicsburg, PA 17050

___/s/ Johanna H. Rehkamp, Esquire_____     __7/30/2020_
Signature of Debtor or Debtor's Attorney     Date