UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: VALERIE A. DAY : CHAPTER 13
   Debtor(s) :
    :
   CHARLES J. DEHART, III :
   STANDING CHAPTER 13 TRUSTEE :
   Movant :
    :
   vs. :
    :
   VALERIE A. DAY :
   Respondent(s) : CASE NO. 1-19-bk-01550

## TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

   AND NOW, this 5th day of March, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s)

   1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

   Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

   a. Excess disposable income (Monthly Disposable Income is $507.57 so base plan must be at least $18,272.52.)

   WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

       Respectfully submitted:

       Charles J. DeHart, III
       Standing Chapter 13 Trustee
       8125 Adams Drive, Suite A
       Hummelstown, PA 17036
       (717) 566-6097

   BY:     /s/James K. Jones
       Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

       AND NOW, this 5th day of March, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Johanna Hill Rehkamp, Esquire
P.O. Box 60457
Harrisburg, PA   17106



                              /s/Deborah A. Behney
                              Office of Charles J. DeHart, III
                              Standing Chapter 13 Trustee