UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Valerie A. Day <br> Debtors(s) <br> Toyota Motor Credit Corporation <br> Movant <br> v. <br> Valerie A. Day <br> Respondent <br> and <br> Charles J. DeHart, III <br> Additional Respondent | BK NO. 19-01550-hwv <br><br> CHAPTER 13 |

**NOTICE OF SETTLEMENT**

Please be advised that the Motion for Relief from Automatic Stay of Toyota Motor Credit Corporation, which was filed with the Court on or about March 18, 2021 Docket # 49 has been settled. A stipulation of settlement shall follow shortly.

Date: April 1, 2021

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No. 89150
Leopold & Associates, PLLC
80 Business Park Drive, Suite 110
Armonk, New York 10504
(914)-219-5787
Attorney for Movant