IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1:19-bk-01550-HWV
:
VALERIE A. DAY : CHAPTER 13
    Debtor :

## Change of Address of Debtor

Previous Address:

Valerie A. Day
292 Ridge Hill Road
Mechanicsburg, PA 17050

THE UPDATED ADDRESS IS:

Valerie A. Day
5450 Bentgrass Drive #111
Sarasota, FL 34235

__/s/ Johanna H. Rehkamp, Esquire_____     __5/17/2021__
Signature of Debtor or Debtor's Attorney     Date