United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-01550-HWV
Valerie A Day  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 5
Date Rcvd: Aug 13, 2021      Form ID: pdf010      Total Noticed: 115

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Valerie A Day, 5450 Bentgrass Drive No. 111, Sarasota, FL 34235-2676 |
| 5185231 | | AUSA Check Recovery, PO Box 55841, Boston, MA 02205-5841 |
| 5185222 | | Alltran Financial, LP, PO Box 4045, Concord, CA 94524-4045 |
| 5185225 | | American Coradius International, 2420 Sweet Home Road, Suite 150, Amherst, NY 14228-2244 |
| 5185226 | + | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 5203725 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5185227 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5185230 | | Asset Recovery Solutions, LLC, 2200 E. Devon Ave, Suite 200, Des Plaines, IL 60018-4501 |
| 5185232 | + | Automated Office Equipment, 10307 Partnership Court, Suite 100, Williamsport, MD 21795-3169 |
| 5185233 | + | Bard Access Systems, Inc., 605 N 5600 W, Salt Lake City, UT 84116-3738 |
| 5185235 | + | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5185238 | ++++ | CENTRAL CREDIT SERVICES, 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Central Credit Services, 20 Corporate Hills Drive, Saint Charles, MO 63301 |
| 5185247 | + | CPS Security, PO Box 782408, San Antonio, TX 78278-2408 |
| 5185246 | + | CPS Security, 1801 S. 5th Street,Suite 213, McAllen, TX 78503-2932 |
| 5185239 | + | Chambersburg Hospital, 760 E. Washington Street, Chambersburg, PA 17201-2751 |
| 5197596 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5185242 | | Claims Accounting, PO Box 30272, Tampa, FL 33630-3272 |
| 5185243 | | Community Ambulance Service, PO Box 951554, Cleveland, OH 44193-0017 |
| 5185252 | + | DAL Inc./Arrow International Inc., PO Box 162, Clifton Heights, PA 19018-0162 |
| 5185255 | | E-470 Public Highway Authority, PO Box 5470, Denver, CO 80217-5470 |
| 5185256 | | FirstCredit Incorporated, PO Box 89458, Cleveland, OH 44101-6458 |
| 5185257 | + | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 5185259 | + | HSEMS, Patient Financial Services, 205 Grandview Ave, Suite 211, Camp Hill, PA 17011-1708 |
| 5185260 | + | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 5185262 | | Keystone Dental Care, 767 5th Avenue, Suite B 3A, Chambersburg, PA 17201-4207 |
| 5185265 | + | LES, LLC - 495/95 Express lanes, 386 S. Pickett St., PO Box 22147, Alexandria, VA 22304-0854 |
| 5185268 | + | MCClure Law Office, PO Box 65, Middletown, PA 17057-0065 |
| 5185275 | + | MRS Associates, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5185276 | | MS Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 5185272 | | Mirand Response Systems, PO Box 219050, Houston, TX 77218-9050 |
| 5185273 | | Mount Carmel West, PO Box 89458, Cleveland, OH 44101-6458 |
| 5185274 | + | Mountain View Veterinary, 20 Park Place Suite 1, Shippensburg, PA 17257-9806 |
| 5185277 | + | Nasco, 901 Janesville Ave, Fort Atkinson, WI 53538-2497 |
| 5185280 | + | Orthopedic Institute of PA, 3399 Trindle Road, Camp Hill, PA 17011-2286 |
| 5185288 | + | PHP Collections, 800 Pleasant Valley Blvd, Altoona, PA 16602-4702 |
| 5185283 | + | Parks Garbage Service, PO Box 7117, Charleston, WV 25356-0117 |
| 5185284 | | Patriot Oil Co., PO Box 28335, Newark, NJ 07101-3116 |
| 5185285 | + | Payliance, 2 Easton Oval, Suite 310, Columbus, OH 43219-6193 |

| | | |
|---|---|---|
| 5212000 | + | Penelec, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5185286 | | PennCredit Corp., 916 S. 14th St, PO Box 988, Harrisburg, PA 17108-0988 |
| 5185287 | + | Pennsylvania Turnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 5185289 | + | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 5185290 | | Professional Account Management, Po Box 785, Milwaukee, WI 53201-0785 |
| 5185291 | | Progressive Financial Services, PO Box 22083, Tempe, AZ 85285-2083 |
| 5185292 | | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45271-0775 |
| 5185294 | | Radiology Incorporated, PO Box 371863, Pittsburgh, PA 15250-7863 |
| 5185295 | + | Receivable Control Corporation, 7373 Kirkwood Court, Suite 200, Osseo, MN 55369-5264 |
| 5185298 | + | Royers, PO Box 330, Lebanon, PA 17042-0330 |
| 5201906 | + | Seth T. Mosebey, Martson Law Office, 621 West Main Street, PO Box 300, Thompsontown, PA 17094-0300 |
| 5185301 | | Stoneleigh Recovery Associates, PO Box 1118, Charlotte, NC 28201-1118 |
| 5185302 | + | Summit Physician Services, 785 Fifth Avenue, Suite 3, Chambersburg, PA 17201-4232 |
| 5185303 | | Sunrise Credit Sevices, PO Box 9100, Farmingdale, NY 11735-9100 |
| 5185305 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 5185304 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5207585 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5196869 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5185306 | + | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 5185309 | | United Healthcare, PO Box 94017, Palatine, IL 60094-4017 |
| 5185310 | | United States Postal Service, Eagan Account Reconciliation Branch, 2825 Lone Oak Parkway, Saint Paul, MN 55121-9671 |
| 5185313 | | Vygon USA, PO Box 8500-7426, Philadelphia, PA 19178-7426 |
| 5185316 | #+ | Washco Management Corp., 72 West Washington Street, Hagerstown, MD 21740-4804 |
| 5185315 | #+ | Washco Management Corp., Attn: Officer, 72 West Washington Street, Hagerstown, MD 21740-4804 |
| 5201907 | | Washco Management Corporation, c/o Seth T. Mosebey, Esquire, Martson Law Office, 621 West Main Street, Thompsontown, PA 17094 |
| 5185317 | | Waypoint Resource Group, PO Box 1081, San Antonio, TX 78294-1081 |
| 5185318 | | Wegmans, Attn: Credit Dept, PO Box 30844, Rochester, NY 14603-0844 |
| 5185320 | + | Wolf's, Chambersburg PA #51, 480 Gateway Ave, Chambersburg, PA 17201-7351 |

TOTAL: 66

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 13 2021 18:56:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5185224 | + | Email/Text: bkrpt@retrievalmasters.com | Aug 13 2021 18:52:00 | AMCA/American Medical Collection Agency, Attention: Bankruptcy, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 5185228 | | Email/Text: legal@angiodynamics.com | Aug 13 2021 18:51:00 | Angiodynamics, PO Box 1549, Albany, NY 12201-1549 |
| 5185229 | | Email/Text: legal@arsnational.com | Aug 13 2021 18:52:00 | ARS National Services, Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 5185221 | + | Email/Text: bankruptcy@acimacredit.com | Aug 13 2021 18:52:00 | Acima Credit Fka Simpl, 9815 Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 5185223 | | Email/Text: bnc@alltran.com | Aug 13 2021 18:52:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 5185234 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 13 2021 18:52:00 | Berks Credit & Collection, P.O. Box 329, Temple, PA 19560-0329 |
| 5185236 | | Email/Text: cms-bk@cms-collect.com | Aug 13 2021 18:52:00 | Capital Management Services, LP, 698 1/2 South Ogden, PO Box 964, Buffalo, NY 14206-2317 |
| 5185237 | | Email/Text: ebn@carepayment.com | Aug 13 2021 18:52:00 | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 5185244 | | Email/Text: tuscolsup@fisglobal.com | Aug 13 2021 18:52:00 | Complete Payment Recovery Services, PO Box 30184, Tampa, FL 33630-3184 |
| 5185245 | + | Email/Text: tuscolsup@fisglobal.com | Aug 13 2021 18:52:00 | Complete Payment Recovery Services, 3500 5th Street, Northport, AL 35476-4723 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5185248 | + | Email/Text: will@reducear.com | Aug 13 2021 18:52:00 | Credit Business Services, Inc., Attn: Bankruptcy, Po Box 4127, Fort Walton Beach, FL 32549-4127 |
| 5185249 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 13 2021 18:52:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5185250 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 13 2021 18:52:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 5185251 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 13 2021 18:56:05 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5185254 | | Email/Text: mrdiscen@discover.com | Aug 13 2021 18:51:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 5185312 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2021 18:56:12 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 5185253 | | Email/Text: G06041@att.com | Aug 13 2021 18:52:00 | DirecTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 5210003 | | Email/Text: G06041@att.com | Aug 13 2021 18:52:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5198393 | + | Email/Text: E470BANKRUPTCYCOURT@E470.COM | Aug 13 2021 18:52:00 | E-470 Public Highway Authority, 22470 E 6th Parkway Ste 100, Aurora, CO 80018-2425 |
| 5185258 | + | Email/Text: Banko@frontlineas.com | Aug 13 2021 18:52:00 | Frontline Asset Strategies, 2700 Snelling Ave. N, Suite 250, Saint Paul, MN 55113-1783 |
| 5185261 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2021 18:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5185241 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 13 2021 18:56:04 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5185263 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 13 2021 18:51:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5185264 | + | Email/Text: bankruptcy@philapark.org | Aug 13 2021 18:52:00 | LDC Collection Systems, City of Philadelphia Parking Violat, PO Box 41818, Philadelphia, PA 19101-1818 |
| 5193393 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2021 18:56:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5185267 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2021 18:56:05 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5185266 | + | Email/Text: lgbs.denver@lgbs.com | Aug 13 2021 18:52:00 | Linebarger Goggan Blair & Sampson, The Cleveland Office Building, 1515 Cleveland Place, Suite 300, Denver, CO 80202-5113 |
| 5185269 | + | Email/Text: unger@members1st.org | Aug 13 2021 18:52:00 | Members 1st Fcu, Attn: Bankruptcy Dept, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5185270 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2021 18:52:00 | Midland Credit Management, 8875 Aero Dr, Suite 200, San Diego, CA 92123-2255 |
| 5185271 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2021 18:52:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 5202454 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2021 18:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5200424 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 13 2021 18:52:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 5185278 | + | Email/Text: Bankruptcies@nragroup.com | Aug 13 2021 18:52:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5185279 | + | Email/Text: collections@nymeo.org | Aug 13 2021 18:52:00 | Nymeo Fcu, 5210 Chairmans Ct, Frederick, MD 21703-2873 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5188077 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 13 2021 18:56:11 | Orion Portfolio Services, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5185281 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2021 18:52:00 | PA Department of Revenue, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5213051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2021 18:56:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5187803 | + | Email/Text: bankruptcy@philapark.org | Aug 13 2021 18:52:00 | Philadelphia Parking Authority, 701 Market St Suite 5400, Philadelphia, PA 19106-2895 |
| 5185293 | + | Email/Text: BKMailbox@QVC.com | Aug 13 2021 18:51:00 | QVC, Inc., 1200 Wilson Drive, Attn: Bankruptcy Dept., West Chester, PA 19380-4262 |
| 5185296 | + | Email/Text: Supportservices@receivablesperformance.com | Aug 13 2021 18:52:00 | Receivables Performance Management, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |
| 5185300 | | Email/Text: philadelphia.bnc@ssa.gov | Aug 13 2021 18:52:00 | Social Security Administration, PO Box 33021, Baltimore, MD 21290-3021 |
| 5185750 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 18:56:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5185307 | | Email/Text: CollectionsCompliance@firstdata.com | Aug 13 2021 18:52:00 | TRS Recovery Services Inc., PO Box 60022, City of Industry, CA 91716-0022 |
| 5211395 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 13 2021 18:56:09 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5185311 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 13 2021 18:51:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 5185314 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 18:56:11 | Walmart/Synchrony Bank, P.O. Box 530927, Atlanta, GA 30353-0927 |
| 5185319 | | Email/Text: bankruptcy@firstenergycorp.com | Aug 13 2021 18:52:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 5212141 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 13 2021 18:52:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 49

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5185282 | | PA Unemployment Compensation |
| 5185299 | | Shippen Cleaners, 47 S. Earl St. |
| 5185308 | *P++ | TRS RECOVERY SERVICES INC, P O BOX 674169, MARIETTA GA 30006-0070, address filed with court:, TRS Recovery Services, Inc., PO Box 60022, City of Industry, CA 91716-0022 |
| 5185240 | ##+ | Chambersburg Imaging Associates, 25 Penncraft Avenue, Suite E, Chambersburg, PA 17201-1649 |
| 5185297 | ##+ | RMS, PO Box 361598, Columbus, OH 43236-1598 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 15, 2021         Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Johanna Hill Rehkamp | on behalf of Debtor 1 Valerie A Day jhr@cclawpc.com  jlaughman@cclawpc.com;jbartley@cclawpc.com |
| Robert Patrick Wendt | on behalf of Creditor Toyota Motor Credit Corporation LeopoldAssociatesPAX6428@projects.filevine.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

VALERIE A DAY

                                  Debtor 1

Chapter: 13

Case No.: 1-19-bk-01550-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    vs.                      Movant(s)

VALERIE A DAY

                                Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: August 13, 2021

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (CD)

Order Dismissing Case with Parties - Revised 9/17