UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA
HARRISBURG DIVISION

In re: VALERIE A DAY § Case No. 1:19-bk-01550
§
§
Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Jack N. Zaharopoulos, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 04/12/2019.

2) The plan was confirmed on 07/23/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 03/04/2021, 04/29/2021.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 08/13/2021.

6) Number of months from filing or conversion to last payment: 18.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 1,556.48 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,556.48 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 1,445.23 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 111.25 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 1,556.48 |
| Attorney fees paid and disclosed by debtor(s): | $ 157.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| JOHANNA HILL REHKAMP | Lgl | 0.00 | NA | NA | 1,445.23 | 0.00 |
| PHILADELPHIA PARKING | Uns | 0.00 | 1,542.20 | 1,542.20 | 0.00 | 0.00 |
| ORION PORTFOLIO SERVICES LLC | Uns | 260.00 | 259.81 | 259.81 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 58,000.00 | 63,681.25 | 8,931.66 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 63,681.25 | 54,749.59 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 1,241.00 | 1,241.03 | 1,241.03 | 0.00 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Sec | 35,988.00 | 37,516.22 | 23,540.00 | 0.00 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Uns | 1,868.00 | 37,516.22 | 17,344.22 | 0.00 | 0.00 |
| CHASE BANK USA | Uns | 0.00 | 9,152.95 | 9,152.95 | 0.00 | 0.00 |
| E470 PUBLIC HIGHWAY AUTHORITY | Uns | 123.40 | 84.20 | 84.20 | 0.00 | 0.00 |
| NPRTO NORTH EAST LLC | Uns | 0.00 | 913.77 | 913.77 | 0.00 | 0.00 |
| WASHCO MANAGEMENT | Uns | 3,546.58 | 8,792.41 | 8,792.41 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 1,084.19 | 542.19 | 542.19 | 0.00 | 0.00 |
| BECKET & LEE | Uns | 4,370.00 | 4,370.07 | 4,370.07 | 0.00 | 0.00 |
| BECKET & LEE | Uns | 0.00 | 1,868.70 | 1,868.70 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICE, LP | Uns | 836.03 | 698.25 | 698.25 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Uns | 0.00 | 2,302.57 | 2,302.57 | 0.00 | 0.00 |
| FIRSTENERGY/PENELEC | Uns | 0.00 | 2,775.34 | 2,775.34 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RESURGENT CAPITAL SERVICES | Uns | 441.00 | 115.56 | 115.56 | 0.00 | 0.00 |
| WEST PENN POWER | Uns | 7,391.56 | 5,144.18 | 5,144.18 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 789.00 | 788.88 | 788.88 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 345.00 | 345.47 | 345.47 | 0.00 | 0.00 |
| MOUNTAIN VIEW VETERINARY | Uns | 414.89 | 921.62 | 921.62 | 0.00 | 0.00 |
| PA DEPT OF REVENUE | Pri | 2,300.00 | NA | NA | 0.00 | 0.00 |
| PA UNEMPLOYMENT | Pri | 30,646.93 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY | Pri | 4,929.00 | NA | NA | 0.00 | 0.00 |
| ACIMA CREDIT FKA SIMPL | Uns | 1,207.00 | NA | NA | 0.00 | 0.00 |
| AMCA/AMERICAN MEDICAL | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN CORADIUS | Uns | 475.36 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Uns | 3,398.50 | NA | NA | 0.00 | 0.00 |
| ANGIODYNAMICS | Uns | 2,353.86 | NA | NA | 0.00 | 0.00 |
| ASSET RECOVERY SOLUTIONS, LLC | Uns | 633.02 | NA | NA | 0.00 | 0.00 |
| AUSA CHECK RECOVERY | Uns | 283.66 | NA | NA | 0.00 | 0.00 |
| AUTOMATED OFFICE EQUIPMENT | Uns | 360.40 | NA | NA | 0.00 | 0.00 |
| BARD ACCESS SYSTEMS, INC | Uns | 8,108.50 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTIONS | Uns | 294.00 | NA | NA | 0.00 | 0.00 |
| BUREAU OF ACCOUNT | Uns | 244.11 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES, | Uns | 282.32 | NA | NA | 0.00 | 0.00 |
| CAREPAYMENT | Uns | 868.54 | NA | NA | 0.00 | 0.00 |
| CHAMBERSBURG HOSPITAL | Uns | 16,142.54 | NA | NA | 0.00 | 0.00 |
| CHAMBERSBURG IMAGING | Uns | 342.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES | Uns | 9,152.00 | NA | NA | 0.00 | 0.00 |
| CLAIMS ACCOUNTING | Uns | 996.52 | NA | NA | 0.00 | 0.00 |
| COMMUNITY AMBULANCE | Uns | 67.46 | NA | NA | 0.00 | 0.00 |
| COMPLETE PAYMENT RECOVERY | Uns | 2,137.71 | NA | NA | 0.00 | 0.00 |
| CPS SECURITY | Uns | 208.96 | NA | NA | 0.00 | 0.00 |
| CREDIT BUSINESS SERVICES, INC | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 234.66 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT COMPANY | Uns | 2,769.00 | NA | NA | 0.00 | 0.00 |
| DAL INC/ARROW INTERNATIONAL | Uns | 42,012.66 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL | Uns | 12.00 | NA | NA | 0.00 | 0.00 |
| FIRST CREDIT INCORPORATED | Uns | 545.55 | NA | NA | 0.00 | 0.00 |
| HSEMS | Uns | 2,750.03 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---|---|---:|---:|
| I C SYSTEMS | Uns | 698.00 | NA | NA | 0.00 | 0.00 |
| KEYSTONE DENTAL | Uns | 5.00 | NA | NA | 0.00 | 0.00 |
| KOHL'S/CAPITAL ONE | Uns | 594.00 | NA | NA | 0.00 | 0.00 |
| LDC COLLECTION SYSTEMS | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| LES, LLC - 495/95 EXPRESS LANES | Uns | 306.05 | NA | NA | 0.00 | 0.00 |
| MCCLURE LAW OFFICE | Uns | 218.03 | NA | NA | 0.00 | 0.00 |
| MEMBERS 1ST FCU | Uns | 3,912.00 | NA | NA | 0.00 | 0.00 |
| MIRAND RESPONSE SYSTEMS | Uns | 810.97 | NA | NA | 0.00 | 0.00 |
| MS HERSHEY MEDICAL CENTER | Uns | 22.78 | NA | NA | 0.00 | 0.00 |
| NASCO | Uns | 248.14 | NA | NA | 0.00 | 0.00 |
| NYMEO FCU | Uns | 20,199.00 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDIC INSTITUTE OF PA | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| PARKS GARBAGE SERVICE | Uns | 70.50 | NA | NA | 0.00 | 0.00 |
| PAYLIANCE | Uns | 210.80 | NA | NA | 0.00 | 0.00 |
| PA TURNPIKE COMMISSION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PHP COLLECTIONS | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT | Uns | 50.25 | NA | NA | 0.00 | 0.00 |
| PROGESSIVE FINANCIAL SERVICES | Uns | 594.91 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 2.46 | NA | NA | 0.00 | 0.00 |
| QVC, INC | Uns | 178.60 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY INCORPORATED | Uns | 18.64 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES PERFORMANCE | Uns | 1,293.16 | NA | NA | 0.00 | 0.00 |
| RMS | Uns | 3,206.72 | NA | NA | 0.00 | 0.00 |
| ROYERS | Uns | 77.36 | NA | NA | 0.00 | 0.00 |
| SHIPPEN CLEANERS | Uns | 173.19 | NA | NA | 0.00 | 0.00 |
| SUMMIT PHYSICIANS SERVICES | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| SUNRISE CREDIT SERVICES | Uns | 508.33 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS INC | Uns | 703.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES INC | Uns | 7,231.95 | NA | NA | 0.00 | 0.00 |
| UNITED HEALTHCARE | Uns | 3,206.72 | NA | NA | 0.00 | 0.00 |
| USPS | Uns | 81.80 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 2,347.00 | NA | NA | 0.00 | 0.00 |
| VISA DEPT STORE NATIONAL | Uns | 252.00 | NA | NA | 0.00 | 0.00 |
| VYGON USA | Uns | 1,013.59 | NA | NA | 0.00 | 0.00 |
| WALMART/SYNCHRONY BANK | Uns | 668.35 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WYAPOINT RESOURCE GROUP | Uns | 164.78 | NA | NA | 0.00 | 0.00 |
| WEGMANS | Uns | 235.65 | NA | NA | 0.00 | 0.00 |
| WOLFS | Uns | 999.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 23,540.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 23,540.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 8,931.66 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 8,931.66 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 113,953.01 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 1,556.48 | |
| Disbursements to Creditors | $ 0.00 | |
| **TOTAL DISBURSEMENTS:** | | $ 1,556.48 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  08/26/2021         By:  s/ Jack N. Zaharopoulos
                               STANDING CHAPTER 13 TRUSTEE

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)